UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARELI GONZALEZ, Individually and as Next Friend of A.G., a Minor, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:21-cv-00206 |
| LONNIE PRICE GRONER and STEELMAN TRANSPORTATION, INC., | § § § § | |
| Defendants. | § | |

## **AMENDED FINAL JUDGMENT**

The Court hereby renders final judgment in this case in accordance with Federal Rule of Civil Procedure 58. The parties previously announced that they reached a confidential settlement agreement that settled all issues involved in this case and requested appointment of Guardian ad Litem to approve the settlement agreement as to the minor child in this matter.[1] This Court appointed a Guardian Ad Litem and the parties, along with the appointed Guardian Ad Litem then appeared before the Magistrate Court for a friendly suit to discuss the Guardian Ad Litem's review of the parties' settlement agreement as to the minor child. The Magistrate Court then prepared a Report and Recommendation recommending that the settlement be approved,[2] which this Court subsequently adopted after a review of the settlement.[3]

It is therefore **ORDERED, ADJUGDED** and **DECREED** that the Settlement Agreement is hereby approved as to the Minor Plaintiff.

---

[1] Dkt. No. 14.
[2] Dkt. No. 18.
[3] Dkt. No. 20.

It is further **ORDERED, ADJUGDED** and **DECREED** that Areli Gonzalez, Individually recover from Defendants Lonnie Price Groner and Steelman Transportation, Inc, sums set forth in the confidential settlement agreements between them;

It is further **ORDERED, ADJUDGED** and **DECREED** that Areli Gonzalez, as Next Friend of A.G., a Minor, recover from Lonnie Price Groner and Steelman Transportation, Inc, the sum of $15,000.00 payable as follows:

a) The sum of **$8,562.55** paid into the Registry of the Court for deposit into an interest-bearing account for the benefit of A.G., such that A.G. will be free to petition for release of the funds upon reaching the age of majority, or 18 years of age.

b) The sum of **$6,437.45** payable to the order of Aguirre Law Group PLLC and delivered to 811 E. Madison St., Brownsville, Texas 78520, said sum representing outstanding medical expenses, costs and attorney's fees incurred in the prosecution of the claim brought on behalf of A.G., a Minor by Areli Gonzalez.

It is further **ORDERED, ADJUDGED** and **DECREED** that the Clerk for the United States District Court shall deposit the Minor Settlement Funds into the Registry of the Court and invest said funds into an interest-bearing account for the benefit of the minor child.

It is further **ORDERED, ADJUDGED** and **DECREED** that the Attorney Ad Litem, Kristen L. Vela, of the firm Ramon Worthington Nicolas & Cantu, PLLC, is hereby awarded the sum of **$1,890.00** for her services as the Attorney Ad Litem for the Minor Plaintiffs, which amount shall be paid by Defendants Lonnie Price Groner and Steelman Transportation, Inc.

It is further **ORDERED, ADJUDGED** and **DECREED** that Defendants Lonnie Price Groner and Steelman Transportation, Inc., upon duly paying the above-stated amount of the agreed settlement and discharging the same in its entirety, paying the confidential amounts required by the settlement agreement, and having paid the Attorney Ad Litem fee, will stand fully released and forever discharged of and from any and all liability whatsoever to Plaintiffs in any capacity, upon

any demands, claims or causes of action of whatever nature whether known or unknown arising out of or based upon the occurrence described in Plaintiffs' last filed petition in this case.

It is further **ORDERED, ADJUDGED** and **DECREED** that in accordance with the agreement of the parties, that the making of such settlement being for the purposes of avoiding further time, trouble, expense and uncertainty of litigation, does not constitute an admission of liability on the part of Defendants as to any cause of action or extent of damages.

It is further **ORDERED, ADJUDGED** and **DECREED** that all costs of Court are taxed against the party incurring the same.

It is further **ORDERED, ADJUDGED** and **DECREED** that all claims asserted in the above-referenced cause against Defendants are hereby **DISMISSED WITH PREJUDICE**. All relief not herein granted is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. This is a final judgment for which execution may issue as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of October 2022.

_____
Micaela Alvarez
United States District Judge

